IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Aug 09, 2018, 6:19 pm
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 18-00867 KSC |
| Plaintiff, | ) CRIMINAL COMPLAINT |
| vs. | ) |
| JONAH ORTIZ, | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

On or about August 8, 2018, in the District of Hawaii, defendant JONAH ORTIZ, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

I further state that I am a DEA Special Agent and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint", which is attached hereto and incorporated herein by reference.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this 9th day of August, 2018.

TIMOTHY H. NGUYEN
Drug Enforcement Administration



Kenneth J. Mansfield
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

TIMOTHY H. NGUYEN, being duly sworn, deposes and states as follows:

1. I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA") and am currently assigned to the DEA Enforcement Group in Honolulu, HI.

2. On August 8, 2018, Jonah Ortiz was arrested in Honolulu, HI. At the time of his arrest, Ortiz was riding as the front passenger in a white Honda sedan.

3. Following his arrest, Ortiz was read his *Miranda* rights, elected to waive his rights, and agreed to answer questions without an attorney present. Ortiz identified the Honda sedan as his car. Ortiz stated to DEA Special Agents that he possessed a pistol stored inside the glove compartment of the Honda sedan. Ortiz also admitted that he had been distributing drugs such as crystal methamphetamine, heroin, and oxycodone for several months. Ortiz stated that he had a source-of-supply from California.

4. Ortiz stated that prior to his arrest on August 8, 2018, he was in California to purchase crystal methamphetamine. Using United States Postal Service (USPS), Ortiz then mailed two parcels containing methamphetamine from California to Hawaii.

5. Following a search of Ortiz's vehicle, DEA agents recovered the following property from the glove compartment of the vehicle:

   a. approximately 142 gross grams of crystal methamphetamine.

   b. approximately 51 gross grams of heroin.

   c. approximately 81 gross grams of oxycodone.

   d. one pistol .40mm caliber, brand unknown, and 9 rounds of .40mm ammunition. The ammunition was located in a magazine which was loaded into the magazine well of the pistol.

//

//

6. A field test showed positive for the presence of crystal methamphetamine.

7. Methamphetamine is a Schedule II controlled substance.

FURTHER AFFIANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, August 9, 2018.

TIMOTHY H. NGUYEN
Drug Enforcement Administration

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at __6:18__ _p_.m. on August 9, 2018.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this 9th day of August, 2018.

Kenneth J. Mansfield
United States Magistrate Judge